UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **LM GENERAL INSURANCE COMPANY,** <br> Plaintiff, <br><br> V. <br><br> **JAMES POTTER,** <br> Defendant. | **CIVIL ACTION NO. 7:17-3-KKC** <br><br><br> **JUDGMENT** |

In accordance with the opinion and order entered on this date, the Court hereby ORDERS, DECLARES, and ADJUGES as follows:

1) the motion for summary judgment by LM General Insurance Company (DE 10) is GRANTED;

2) the automobile insurance policy issued by LM General Insurance Company to James Potter does not cover any claims by Potter for injuries arising from the January 30, 2016 motorcycle incident described in the complaint;

3) this matter is STRICKEN from the Court's active docket; and

4) this judgment is FINAL and APPEALABLE.

Dated March 5, 2018.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY